# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: SHANNON DEMAR RYAN  (J)# CELL BLOCK          CASE NO: 20-6364-SNOW

AUSA: Jodi Anton-Zoom  *present*                   ATTY: AFPD by Zoom: Jan Smith *present*
                                                   (If applicable-appeals colloquy)

AGENT: _____                             VIOL: _____

PROCEEDING: PTD / PRELIMINARY HEARING              RECOMMENDED BOND: _____

BOND HEARING HELD (yes)/ no                        COUNSEL APPOINTED: _____

BOND SET @: _____                        To be cosigned by: _____

                                                   Rule 77.1 advised ✓    A-agrees to videoconf

☐ Do not violate any law.

☐ Appear in court as directed.                     Court takes notice of
                                                   Complaint +
☐ Surrender and / or do not obtain passports / travel documents.
                                                   Court proceeds w/ proffer
☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
                                                   Agent - Samuel Baul
                                                   sworn
☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.         Court orders PTD.
                                                   (danger + risk of
☐ No contact with victims / witnesses.             flight)

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____              Court finds probable
                                                   cause.
☐ Halfway House _____

---

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN.: | 8-31-20 | 11:00am | SNOW | |

CHECK IF APPLICABLE ___ : For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 8-17-20    TIME: 11:00am    DAR/ZOOM: 12:20:38    PAGE: 9

1 hour + 5 min